USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10-14-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IRENE HECHT *on behalf of herself and all others similarly situated*,

                Plaintiff,

v.

INDIE LEE & CO., INC.,

                Defendant.

20-CV-5850 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On September 18, 2020, the Court issued an order extending Defendant's time to respond to the Complaint to October 5, 2020. *See* Dkt. 10. To date, however, Defendant has not filed any response. No later than October 28, 2020, Defendant shall file a response to the Complaint.

Plaintiff shall serve a copy of this Order on Defendant and file proof of service on the docket no later than October 16, 2020.

SO ORDERED.

Dated:    October 14, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge